CV5-604 



TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00131-CV







Cheryl Kempf, Appellant



v.



Mark Summers, Individually and in his Capacity as President of Summers Press, Inc.;


and Summers Press, Inc., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 95-02355-A, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING







PER CURIAM



 Appellant Cheryl Kempf has filed a motion asking this Court to dismiss the appeal
because the parties have reached an agreement to settle. Tex. R. App. P. 59(a)(1)(A). The
motion to dismiss the appeal is granted.



Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on Appellant's Motion

Filed: July 3, 1996

Do Not Publish